# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **GAVIN HOWARD,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 7:22-cv-727-ACA-GMB |
| **JORDAN POWELL**, *et al*., | ) |
| **Defendants.** | ) |

## **ORDER**

Plaintiff Gavin Howard has filed a pro se complaint under 42 U.S.C. § 1983 alleging violations of his rights under the Constitution or laws of the United States against various defendants. (Docs. 17, 18). The magistrate judge entered a report and recommendation, recommending the dismissal of all claims except the claims for malicious prosecution against Defendants Jordan Powell and Jeremy Herd in their individual capacities. (Doc. 19 at 10). The magistrate judge advised Mr. Howard of his right to file specific objections within fourteen days. (*Id*. at 11). Mr. Howard filed an objection. (Doc. 21).

It is not clear if Mr. Howard objects to the magistrate's report and recommendation because he requests that the court "accept" the magistrate's report and recommendation. (*Id*.). To the extent Mr. Howard objects to the magistrate judge's recommendations, he has not presented any argument or analysis that

undermines the magistrate judge's conclusions. Accordingly, Mr. Howard's objections are **OVERRULED**. After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation.

Consistent with that recommendation and pursuant to 28 U.S.C. § 1915A(b), the court **DISMISSES WITHOUT PREJUDICE** the following: (1) all claims against Defendants Scott Foster and Andrew Hamlin; (2) the claims against Mr. Powell and Mr. Herd in their official capacities; and (3) the claims against Mr. Powell and Mr. Herd in their individual capacities for false arrest, false imprisonment, harassment, discrimination, and violations of freedom of speech and religion under the First, Sixth, Eighth, and Fourteenth Amendments.

This case will proceed solely as to Mr. Howard's claims for malicious prosecution against Mr. Powell and Mr. Herd in their individual capacities. The court **REFERS** those claims to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this October 3, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE