# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| GAVIN HOWARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 7:22-cv-727-ACA-GMB |
| JORDAN POWELL, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

Plaintiff Gavin Howard has filed a *pro se* complaint under 42 U.S.C. § 1983 alleging violations of his rights under the Constitution or laws of the United States against Defendants Jordan Powell and former police officer Jeremy Herd. (Docs. 17, 18). The only claim remaining before the court is his claim for malicious prosecution. (*See* doc. 22). On July 31, 2024 the magistrate judge entered a report recommending that the court treat the Defendants' special report as a motion for summary judgment and grant the motion and deny Mr. Howard's motion for summary judgment. (Doc. 65).

Mr. Howard has filed an objection to the report and recommendation. (Doc. 66). He repeats many of the same factual assertions from his amended complaint in his objections. Specifically, Mr. Howard asserts that: (1) the deposition for his arrest warrant was signed by the clerk and not the magistrate judge; (2) he received a copy

of the warrant days after he was arrested; (3) Mr. Powell made false allegations at his preliminary hearing; (4) none of the witnesses who submitted statements appeared at his preliminary hearing; (5) he did not say "anything about blowing anything up"; (6) and Mr. Powell never presented an audio tape to the grand jury. (Doc. 66). None of Mr. Howard's objections negate the legality of his arrest or show that his arrest lacked probable cause. Accordingly, the court **OVERRULES** Mr. Howard's objections.

After careful consideration of the record in this case, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **GRANTS** the defendants' motion for summary judgment (doc. 44) and **DENIES** Mr. Howard's motion for summary judgment (doc. 62)**.** The court will enter a separate final judgment.

**DONE** and **ORDERED** this September 19, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE